```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

KATHY WU,

                Plaintiff,

           -against-

THE FRAGRANCE OUTLET, INC.,

               Defendants.
-------------------------------------------------------------- X

18-CV-6911 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 12, 2018, the Court received a notice of settlement from Plaintiff's counsel (Dkt. 11);

    WHEREAS on October 12, 2018, the Court ordered that this action would be dismissed unless one or more parties filed a letter before November 11, 2018 requesting that the action not be dismissed (Dkt. 12); and

    WHEREAS no party has filed a letter requesting that this action not be dismissed;

    IT IS HEREBY ORDERED THAT this case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: November 13, 2018
      New York, New York

                                    _____
                                    **VALERIE CAPRONI**
                                    **United States District Judge**